BENJAMIN McCLUNG, Respondent, v. FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, N. Y., Appellant, and Others.— Motion to allow appeal to the Court of Appeals granted. The court hereby certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following question: Does the amended complaint state facts sufficient to constitute a cause of action against the defendant First Citizens Bank and Trust Company of Utica, N. Y.? Present — Hill, P. J., Rhodes, Bliss and Heffernan, JJ.; Crapser, J., not sitting. [See 239 App. Div. 861.]

In the Matter of the Application of BOOTH & FLINN COMPANY, INC., Relator, against FRANCES PERKINS, Industrial Commissioner of the State of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MARTHA JANE ELFREY, as Administratrix, etc., of JOHN T. ELFREY, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

FARM SUPPLIES CORPORATION, a Corporation, Respondent, v. MINNIE GOLDSTEIN, Appellant, and Others.— Motion to consolidate appeals granted, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

L. STANLEY HINDS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 21,753.) GENEVIEVE L. HINDS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 21,754.) — Motion for reargument denied. Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See ante, p. 742.]

In the Matter of the Application of DAVID W. CHALMERS and ARTHUR A. CHALMERS, as Sole Surviving Executors and Trustees of the Last Will and Testament of HARVEY CHALMERS, Deceased, for a Determination as to the Construction and Effect of Certain Provisions Contained in the Last Will and Testament of HARVEY CHALMERS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

. THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAMAPO MANUFACTURING COMPANY, Relator, v. THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JAMES DEAL, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

AMERICAN LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Respondent, v. PRESTON E. TRASK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

DOROTHEA (SNOW) LECUYER, an Infant, by JOHN G. SNOW, Her Guardian